IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:17-CR-112-3** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TERRELL WATERS** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence by a Person in Federal Custody (Doc. 165) filed by Defendant Terrell Waters.  For the reasons outlined in the accompanying memorandum, the motion is hereby **DENIED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: July 2, 2020